ENTERED
CLERK, U.S. DISTRICT COURT
May 30, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
May 30, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NORMAN EDWARD ROQUE, | Case No. CV 11-10442-PA (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| B.M. CASH, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: May 29, 2014

_____
PERCY ANDERSON
United States District Judge